UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YEHONATHAN OVADIA,

                              Plaintiff,                20 Civ. 2690 (PAE)

             -v-

UNION MUTUAL FIRE INSURANCE COMPANY,        ORDER

                             Defendant.

---

PAUL A. ENGELMAYER, District Judge:

      A case management conference is scheduled for January 19, 2021 at 10:00 a.m. Dkt. 14. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. Counsel are directed jointly to email Chambers a list of counsel who may be speaking during the teleconference by January 18, 2021 at 10:00 a.m.

      SO ORDERED.

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: January 13, 2021
          New York, New York