

January 18, 2021

VIA ECF
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, New York 10007

      Re:    *Ovadia v. Union Mutual Fire Insurance Company*
               Case No.: 1:20-cv-02690-PAE

Dear Judge Engelmayer:

    Our firm represents the plaintiff in this matter. We are writing jointly with Defendant's counsel, Brian D. Barnas, Esq., to advise the Court that the parties have reached a settlement in this matter and to respectfully request that the Court cancel the status conference scheduled for tomorrow. We apologize for not filing this request sooner. The parties respectfully request that the Court grant us 30 days to finalize the settlement and to file a stipulation of dismissal with prejudice.

    We thank the Court for its attention to this matter. Please do not hesitate to contact the undersigned if the Court requires anything further in connection with this request.

                                              Respectfully submitted,

                                              LERNER, ARNOLD & WINSTON, LLP

                                                /s/ Sean F. McAloon

The Case Management Conference scheduled for January 19, 2021 is adjourned.  SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
1/18/2021